IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| JESSICA L. HOESCHELE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2116-CV12198 |
| OFFICER J. STAUCH, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL TO FEDERAL COURT

To: Clerk of the Circuit Court
Jackson County Courthouse
415 E. 12th Street
Kansas City, MO 64106

and

Richard W. Johnson
The Law Office of Richard W. Johnson, LLC
P.O. Box 7529
Kansas City, MO 64116
*Attorneys for Plaintiff*

You are hereby notified that the above-captioned action has been removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri on the 26th of July 2021.

A copy of the Notice of Removal filed in the United States District Court for the Western District of Missouri is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(d).



EXHIBIT 1

{O0363002}

1

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


| /s/ Nichole A. Caldwell | |
|---|---|
| Kenneth J. Berra | #28620 |
| Nichole A. Caldwell | #67475 |

9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
(913) 339-6757;  Fax: (913) 339-6187
KBerra@fpsslaw.com
NCaldwell@fpsslaw.com
*Attorneys for Defendant*