JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Jessica L. Hoeschele ;
**County of Residence:** Jackson County

### Defendant(s):
First Listed Defendant:
J. Stauch ;
**County of Residence:** Jackson County

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
Richard W. Johnson (Jessica Hoeschele)
The Law Office of Richard W. Johnson, LLC
P.O. Box 7529
Kansas City, Missouri 64116
**Phone:** 816-521-8249
**Fax:** 888-908-6869
**Email:** TheDefenders2005@gmail.com

### Defendant's Attorney(s):
Kenneth J. Berra (J. Stauch)
Fisher, Patterson, Sayler & Smith, LLC
51 Corporate Woods, Suite 300, 9393 W. 110th Street
Overland Park, Kansas 66210
**Phone:** 913-339-6757
**Fax:** 913-339-6187
**Email:** KBerra@fpsslaw.com

Nichole A. Caldwell (J. Stauch)
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300, 9393 W. 110th Street
Overland Park, Kansas 66210
**Phone:** 913-339-6757
**Fax:** 913-339-6187
**Email:** NCaldwell@fpsslaw.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 2. Removed From State Court
  **State Removal County:** Jackson County
  **State Removal Case Number:** 2116-CV12198

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 U.S.C. §§ 1983 & 1988; and violation of the 4th and 14th Amendments; excessive force; unlawful detention, etc.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Nichole A. Caldwell

**Date:** 07/26/2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.